**Order entered November 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00636-CV

## IN THE INTEREST OF M.A.A., A CHILD

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-15-76**

## ORDER

In light of the Court's opinion of this date, we **DENY** all pending motions as moot.


/s/      MOLLY FRANCIS
         JUSTICE